THE UNITED STATES DISTRICT COURT SECOND JUDICIAL COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL N0. 19-592WJ |
| | ) | |
| vs. | ) | |
| | ) | |
| RICK BENAVIDEZ and DAMIAN MARON, | ) | |
| Defendants, | ) | |

## CERTIFICATE OF SERVICE

Rick Rudy Benavidez certifies that the foregoing SILVER BOND AND SILVER SURETY was sent to JUDGE WILLIAM P JOHNSON Registered mail# RB 713 220 525 us on the 4th day of December 2019. Also a copy was sent to District Attorney Sean J. Sullivan by certified mail on this 4th day of December 2019.

Sean J. Sullivan : Certified Mail #9505506683569338192933

USPS Priority Mail 1-Day shipping label

**FROM:** (not shown)

**SHIP TO:**
US District Court
c/o Mitchell R. Elfers
333 LOMAS BLVD
STE 270 NW
ALBUQUERQUE NM 87102-2274

Expected Delivery Day: 12/06/19

USPS Tracking Number: 9505 5066 8866 9339 1249 28

U.S. Postage: $7.35
PM 1-DAY
87110 0006
Date of sale: 12/05/19
06 2S SSK
11488714
006991205143509
C023
0006

RECEIVED
DEC 06 2019
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MITCHELL R. ELFERS
CLERK

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.