THE UNITED STATES DISTRICT COURT SECOND JUDICIAL COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL N0. 19-592WJ |
| | ) |
| vs. | ) |
| | ) |
| RICK BENAVIDEZ and | ) |
| DAMIAN MARON, | ) |
| Defendants, | ) |

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
20 JAN 16 AM 11:26
CLERK-ALBUQUERQUE

## UCC FINANCING STATEMENT AND COLLATERAL

SEE ATTACHMENT A

Summitted by:

_Rick-Rudy Benavidez AR_

Rick Rudy Benavidez AR

c/o 13170 Central Avenue Southeast suite B Number 139

Albuquerque, New Mexico [87123]

**ATTACHMENT A**

# OFFICE OF THE NEW MEXICO SECRETARY OF STATE



**UCC FINANCING STATEMENT**
**FOLLOW INSTRUCTIONS**

A. NAME & PHONE OF CONTACT AT FILER (optional)
RICK RUDY BENAVIDEZ TRUST 5055076874

B. E-MAIL CONTACT AT FILER (optional)
KINGSLIQ@PROTONMAIL.COM

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
RICK-RUDY: BENAVIDEZ
C/O 13170 CENTRAL AVE SE STE B #139
ALBUQUERQUE, NM 87123 USA

**ELECTRONICALLY FILED**
Office of the New Mexico Secretary of State
IFS Number: 20190073704F
Filing Number: 20190073704F
Filed on: 02/14/2019 05:28 PM
Total Number of Pages: 2

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| RICK RUDY BENAVIDEZ TRUST | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3812 ROCK DOVE TRAIL NW | ALBUQUERQUE | NM | 87120 | UNITED STATES |

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| RICK RUDY BENAVIDEZ;NON-ADVERSE;NON-BELLIGERENT;NON-COMBATANT PRIVATE FOUNDATION | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3812 ROCK DOVE TRAIL NW | ALBUQUERQUE | NM | 87120 | UNITED STATES |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| BENAVIDEZ | RICK-RUDY: | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| C/O 13170 CENTRAL AVE SE STE B #139 | ALBUQUERQUE | NM | 87123 | UNITED STATES |

4. COLLATERAL: This financing statement covers the following collateral
Please see attachment for collateral

5. Check only if applicable and check only one box: Collateral is
☒ held in a Trust (see UCC1Ad, item 17 and Instructions)
☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction
☐ Manufactured-Home Transaction
☒ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien
☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):
☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☒ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
02/07/2019 No Document

This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate; RICK RUDY BENAVIDEZ TRUST © in the Commercial Chamber under necessity to secure the rights, title(s), interest and value therefrom, in and of the Root of Title from inception, as well as all property held in trust including but not limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owner's name predicated on the 'Straw-man,' Ens legis/Trust/Estate described as the debtor and all property is accepted for value and is Exempt from levy. Lien places on debtor entities is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, governments and the like , not on trust entity itself. Trustee is not surety to any account by explicit reservation/indemnification. The following property is hereby registered and liened in the same: All Certificates of Birth Document 1974014210, SSN/UCC Contract Trust Account-prepaid account Number: 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; Exemption Identification Number: 525719637, is herein liened and claimed at a sum certain $100,000,000.00, also registered: Security Agreement No. 09051974-RRB-SA, Hold Harmless & Indemnity Agreement No. 09051974-RRB-HHIA, Copyright under item no.: 09051974-RRB-CLC Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Code. Trustee/Secured Party, Rick- Rudy: Benavidez, is living flesh and blood sojourning upon the soil of the land known as New Mexico, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se rel ad se non pertienti. All property currently held or outstanding

I certify that the foregoing information stated here is true and correct.
Authorized Representative Signature

_____ Date 01/03/2020

Affirmed and Subscribed before me this 3 Day of january, 2020

_____
Notary Public

OFFICIAL SEAL
JESSICA BERTOLUCCI
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires May 3 2023