IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                 No. 1:19-cr-592-WJ-1

RICK BENAVIDEZ,

    Defendant.

## ORDER STRIKING DEFENDANT'S FILINGS

**THIS MATTER** is before the Court sua sponte. Since December 6, 2019, despite being represented by counsel, Defendant has personally filed 20 nonsensical documents with the Court. *See* Docs. 63, 64, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 79, 80, 81, 82, 83, 85, and 86. "District courts have discretion over whether to allow hybrid representation." *United States v. Couch*, 758 F. App'x 654, 656 (10th Cir. 2018). This Court, like the District Court in *Couch*, does not allow hybrid representation. *Id.* ("You either represent yourself or you're represented by counsel."). Defendant is represented by counsel, so the Court will only consider filings from Defendant's counsel, except in the event Defendant requests a change in counsel or to proceed pro se.

**IT IS THEREFORE ORDERED** that Docs. 63, 64, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 79, 80, 81, 82, 83, 85, and 86 are **STRICKEN**.

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**