19cv592 WJ

Dear Mitchell R. Elfers,

This is my 3rd and final attempt to receive the courts ein# from you I will give you two weeks to send me the courts ein# or else I will let the IRS know about your unwillingness to cooperate with me they already have the form 56 making you the fiduciary of this case and responsible for all taxes owed on this case. After two weeks you continue to ignore me I will file 1099A followed by a 1099 oid for the credits that the court has made from my case in the past year from the fraudulent bond put in my name and other sources of income I have on record that belongs to me as I am trustee over RICK RUDY BENAVIDEZ.

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 0 2 2020

MITCHELL R. ELFERS
CLERK

| Form **W-9** | **Request for Taxpayer** | Give Form to the |
|---|---|---|
| (Rev. October 2018) Department of the Treasury Internal Revenue Service | **Identification Number and Certification** ▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | requester. Do not send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
RICK BENAVIDEZ

**2** Business name/disregarded entity name, if different from above
UNITED STATES DISTRICT COURT DISTRICT OF NEW MEXICO

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☑ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.
333 Lomas Blvd NW #270

**6** City, state, and ZIP code
ALBUQUERQUE, NEW MEXICO 87102

**7** List account number(s) here (optional)
INDICTMENT CASE#19-CR-00592-WJ

Requester's name and address (optional)
Rick Benavidez
13170 Central Ave SE Suite B PMB# 139
Albuquerque, New Mexico 87123

**Part I** | **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number
☐☐☐ - ☐☐ - ☐☐☐☐

**or**

Employer identification number
☐☐ - ☐☐☐☐☐☐☐

**Part II** | **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** | Signature of U.S. person ▶ | Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X  Form **W-9** (Rev. 10-2018)





PRIORITY MAIL 1-DAY®

EXPECTED DELIVERY DAY: 04/02/20

0006

SHIP TO:
US District Court
Clerk of Court Mitchell R. Elfers
333 LOMAS BLVD
STE 270 NW
ALBUQUERQUE NM 87102-2274

C023

USPS TRACKING® NUMBER

9505 5066 9161 0092 2703 88

U.S. POSTAGE
PM 1-DAY
87124 0006
Date of sale
04/01/20
06   2S    SSK
11488570
$7.75
9427004011519508

RECEIVED
APR - 2 2020
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MITCHELL R. ELFERS
CLERK

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misus violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.