UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 22 2021
MITCHELL R. ELFERS
CLERK

DEFENDENT:
Rick Benavidez

V

RESPONDENT
UNITED STATES
OF
AMERICA

CASE # 1:19-CR-00592-WJ

## AFFADAVIT OF FACT

DUE TO INEFFECTIVE COUNSEL AND ALL MY DUE PROCESS RIGHTS BEING VIOLATED FROM CERTIFICATE OF SERVICE DATE BELOW FORCED POWER OF ATTORNEY BY "THE EXECUTOR OFFICE" CARTER B. HARRISON WILL NO LONGER BE ABLE TO FILE ANY MOTIONS OR UNOPPOSED MOTIONS WITHOUT AN ATTACHED AFFADAVIT OF CONSENT SIGNED AND NOTORIZED BY Rick Benavidez/General Executor ANY MOTIONS OR UNOPPOSED MOTIONS FILED WITHOUT AN AFFADAVIT OF CONSENT SIGNED AND NOTORIZED BY Rick Benavidez/General Executor WILL BE NULL AND VOID THIS IS IN EFFECT UNTIL Rick Benavidez Finds

PAGE 1 OF 2

EFFECTIVE COUNSEL. ALL CRIMINAL DEFENDANTS HAVE A RIGHT TO THE "EFFECTIVE ASSISTANCE OF COUNSEL" THIS MEANS THAT EVAN A COURT APPOINTED ATTORNEY MUST BE VIGILANT IN PROTECTING A DEFENDANTS FUNDAMENTAL RIGHTS during ALL PROCEEDINGS THAT ARE HELD Regarding A PARTICULAR CASE. SEE STRICKLAND V. WASHINGTON, 466 U.S. 668, 104 S.Ct. 2052 (1984).

UCC1-308
*Rick-Rudy: Benavidez*
Rick Benavidez / General Executor

## CERTIFICATE OF SERVICE

I, Rick Benavidez, SWEAR under PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND FACTUAL. I PLACED THIS AFFADAVIT OF FACTS IN THE PRISON MAIL BOX ON JUNE 20, 2021 IT WAS ADDRESSED AS SUCH US DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO ATT: CLERK OF COURT, 333 LOMAS BLVD NW, STE 270 ALBUQUERQUE, NEW MEXICO 87102

UCC1-308
*Rick-Rudy: Benavidez*
Rick Benavidez / General Executor

06/20/2021
TODAYS DATE

PAGE 2 OF 2

Richard Davidez # 037371(s)
Cibola county correction center
PO BOX 3540
Milan, NM 87021

Legal Mail

United States District Court
District of New Mexico
Office of the Clerk
Suite 270
333 Lomas Blvd, NW
Albuquerque, New Mexico 87102
87102-227470

ALBUQUERQUE NM 870
21 JUN 2021 PM 3

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 22 2021
MITCHELL R. ELFERS
CLERK