# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF RECUSAL OF:
RECUSAL OF ALL UNITED STATES JUDGES                    No. CR 19-592 WJ
FOR THE DISTRICT OF NEW MEXICO,

## ORDER OF RECUSAL AND PENDING REASSIGNMENT

This matter identifies Chief United States District Judge William P. Johnson as a victim. Under the circumstances and consistent with District wide practices, it is appropriate for all judicial officers for the District of New Mexico to recuse in the matter.

**IT IS THEREFORE ORDERED THAT:**

All judicial officers of the District of New Mexico recuse in this action. The matter is pending reassignment to an out-of-district judge and further order of reassignment is forthcoming.

**DONE** this 3rd day of May, 2022.

FOR THE COURT:

_____
CLERK OF COURT